

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2015

No. 04-15-00425-CV

**IN THE INTEREST OF D.M., A.M., A.M., J.M., AND J.M.M.**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02128
Honorable Laura Salinas, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's final order terminating appellant's parental rights. Appellant's court-appointed appellate counsel has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. *See In re RR*, No. 04-03-00096-CV, 2003 WL 21157944 (Tex. App.—San Antonio, May 21, 2003, order) (holding that *Anders* procedures apply to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio, Sept. 10, 2003, no pet.) (mem. op.).

When counsel "cannot, in good faith, advance any arguable grounds of error," counsel's *Anders* brief must "contain a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced." *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978). The brief must: refer the court to anything in the record that might arguably support the appeal; discuss the evidence adduced at trial; supply the court with ready references to the record; and supply the court with appropriate citations to legal authorities. *Id.*, at 812-13. The *Anders* brief must "demonstrate that counsel has conscientiously examined the record and determined that the appeal is so frivolous that the appellant is not entitled to counsel on appeal." *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.).

The brief filed by appointed counsel on behalf of **appellant C.M.** does not meet these requirements. Specifically, the brief does not discuss the evidence adduced at trial and it does not contain any legal analysis of anything in the record that might arguably support the appeal. In sum, the brief does not contain a professional evaluation of the record and does not demonstrate there are no arguable grounds for appeal.

We therefore strike counsel's *Anders* brief and order appellant's brief redrawn. We order the redrawn brief due **October 2, 2015**. We further order counsel to notify appellant that the *Anders* brief has been stricken and there is no current deadline for filing a pro se brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court